# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**HIGHWAY J CITIZENS GROUP,**
et al.
      **Plaintiffs,**

   v.                              Case No. 05-C-0212

**UNITED STATES DEPARTMENT OF TRANSPORTATION,** et al.
      **Defendants.**

## DECISION AND ORDER

On October 20, 2008, plaintiffs filed a motion to amend their complaint. Defendants have indicated that they do not oppose the motion, and therefore such motion is **GRANTED**. The parties have also proposed the following scheduling deadlines, which I hereby adopt:

1. Defendants will file their answer and file the supplemental administrative record by **December 3, 2008**.

2. Plaintiffs will file their summary judgment motion and supporting materials by **January 5, 2009**.

3. Defendants will file their response and cross-motion for summary judgment by **February 13, 2009**.

4. Plaintiffs will file their response to the cross-motion and reply in support of their summary judgment motion by **March 13, 2009**.

5. Defendants will file their reply in support of their summary judgment motion by **March 27, 2009**.

**SO ORDERED** at Milwaukee, Wisconsin this 31 day of October, 2008.

/s
LYNN ADELMAN
District Judge